# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 22, 2022

## NO. 03-21-00137-CV

**City of Conroe, Texas; City of Magnolia, Texas; and City of Splendora, Texas, Appellants**

**v.**

**The Attorney General of Texas and San Jacinto River Authority, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE KELLY
CONCURRING AND DISSENTING OPINION BY JUSTICE SMITH**

This is an appeal from the order granting San Jacinto River Authority's motion for summary judgment and denying the Cities' cross-motion for summary judgment, signed by the trial court on December 11, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order but that there was error requiring correction. Therefore, the Court modifies the trial court's order as set out below:

> Pending before the Court is San Jacinto River Authority's ("SJRA") Traditional Motion for Summary Judgment following remand by the Supreme Court of Texas. Having reviewed the Motion, the responses, and other pleadings, papers, and evidence on file, as well as the arguments of counsel, the Court concludes that SJRA's Motion should be GRANTED IN PART and makes the following Declaration:
>
> The GRP Contracts were legally and validly executed by SJRA.

The Court further ORDERS that the Cities' Cross-Motion for Summary Judgment is GRANTED IN PART and denies SJRA's request to declare that "SJRA has contractual authority under the GRP Contracts to issue rate orders and rates that comply with the GRP Contracts because those contracts were validly executed."

The Court affirms the order as modified. The Attorney General of Texas and San Jacinto River Authority shall pay all costs relating to this appeal, both in this Court and in the court below.